JODI SIEGNER, Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone:  213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND and BOARD OF TRUSTEES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND; and BOARD OF TRUSTEES FOR THE SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL WOOD PRODUCTS COMPANY, a California corporation, also doing business as COMMERCIAL WOOD PRODUCTS; and DOES 1 through 10, inclusive,<br><br>Defendant.<br>_____ | CASE NO. EDCV 13-00390 VAP(DTBx)<br><br>[~~PROPOSED~~] ORDER REQUIRING CRAIG ROBERTS as President of COMMERCIAL WOOD PRODUCTS COMPANY, a California corporation, also doing business as COMMERCIAL WOOD PRODUCTS, TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO OBEY ORDER COMPELLING HIS ATTENDANCE AT JUDGMENT DEBTOR EXAMINATION<br><br>DATE:  June 13, 2014<br>TIME:   10:00 a.m.<br>CTRM:  4 |

TO CRAIG ROBERTS as President of COMMERCIAL WOOD PRODUCTS COMPANY, a California corporation, also doing business as COMMERCIAL WOOD PRODUCTS:

    On February 25, 2014, an order for a judgment debtor examination of CRAIG ROBERTS as President of COMMERCIAL WOOD PRODUCTS COMPANY, a California corporation, also doing business as COMMERCIAL

1  WOOD PRODUCTS, was issued ordering CRAIG ROBERTS to appear in
2  Courtroom 4 of the United States District Court, Central District of California,
3  located at 3470 Twelfth Street, Riverside, California on May 9, 2014 at 10:00 a.m.
4  CRAIG ROBERTS was personally served with a copy of the application and order
5  for appearance and examination of judgment debtor on March 17, 2014.  On May
6  9, 2014, the matter was called and there was no appearance by CRAIG ROBERTS.

7  　　　CRAIG ROBERTS has a history of failing to appear for Judgment Debtor
8  Exams in the parallel case of Cabinet Makers Millmen & Industrial Carpenters
9  Local 721 v. Commercial Wood Products Company, etc., USDC Case No. EDCV
10 12-01932 VAP(SPx).  After failing to appear at the duly noticed Judgment Debtor
11 Exams twice in the parallel case, CRAIG ROBERTS appeared at the third
12 rescheduled Judgment Debtor Exam after Judge Phillips set an Order to Show
13 Cause re Contempt hearing for November 4, 2013.

14 　　　Upon CRAIG ROBERTS' failure to appear on May 9, 2014 as ordered by
15 the court on February 25, 2014:

16 　　　IT IS HEREBY ORDERED that CRAIG ROBERTS appear in Courtroom 4
17 of the above-entitled court, located at 3470 Twelfth Street, Riverside, California,
18 on June 13, 2014, at 10:00 a .m., then and there to show cause, if any there be, why
19 an order should not be made holding CRAIG ROBERTS in contempt of court for
20 failure to obey the court's order dated February 25, 2014, compelling CRAIG
21 ROBERTS to attend a Judgment Debtor Examination.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1     DEFENDANT IS FURTHER ORDERED that if CRAIG ROBERTS fails to
2 appear on June 13, 2014, a bench warrant shall be issued against CRAIG
3 ROBERTS.

5 Dated: May 15, 2014

                              THE HONORABLE DAVID T. BRISTOW
                              UNITED STATES MAGISTRATE JUDGE

7 Presented by:

8 DeCarlo & Shanley,
  a Professional corporation

11 By: /s/ Jodi Siegner
      JODI SIEGNER
  Attorney for Plaintiffs

3